UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ANHWAR TELLY YOUNG,  )<br>  )<br>     Defendants.  )<br>_____) | **O R D E R**<br><br>2:09-CR-340-PMP-GWF |

   On the agreement of counsel, IT IS ORDERED the U.S. Marshal shall promptly return Anhwar Telly Young to the Butner Medical Facility pursuant to 18 USC 4243(b) and 4247(b) in order to become medically stable for his pending competency hearing and also to allow the staff at Butner Medical Facility time to consider and evaluate the proposed placement of Mr. Young at the Fresno County Department of Behavioral Health.

   DATED: November 16, 2010.

   _____
   PHILIP M. PRO, UNITED STATES DISTRICT JUDGE