

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

January 18, 2012

The Honorable Philip M. Pro
Lloyd D. George United States Courthouse
District of Nevada- Las Vegas
333 S. Las Vegas Blvd.
Las Vegas, Nevada 89101

**FILED**
JAN 31 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

RE:  YOUNG, Anhwar Telly
     Register Number:  43660-048
     Docket Number:    2:09-CR-340-PMP-GWF

Dear Judge Pro:

The above-referenced individual was admitted to the Mental Health Unit of this facility on January 10, 2012 pursuant to the provisions of Title 18, United States Code, Sections 4243(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Young, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility and be extended an additional 45 days. If this request is granted, the evaluation period will end on April 9, 2012. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension 5475.

Respectfully,

Sara M. Revell, Complex Warden

SMR/dsm

(GRANTED)/DENIED (Circle One)
Signature: _____      DATE: 1/30/12
           District Judge Philip M. Pro

cc:  J. Gregory Damm, Assistant United States Attorney
     Monique N. Kirtley, Defense Attorney