RENE L. VALLADARES
Federal Public Defender
State Bar No. 000014
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Anhwar Telly Young

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-340-PMP-GWF |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| ANHWAR TELLY YOUNG, | |
| Defendant. | |

On January 29, 2014 this Court ordered a competency evaluation under 18 U.S.C. § 4241(a) and (b), § 4247 (b) and (c), and further evaluation pursuant to 18 U.S.C. § 4243. However, because this matter arises under 18 U.S.C. § 4243(g), this Court's inquiry is limited to whether Defendant failed "to comply with his prescribed regimen of medical, psychiatric, or psychological care or treatment" and whether "his continued release would create a substantial risk of bodily injury to another person or serious damage to property of another." 18 U.S.C. § 4243(g). A competency evaluation under 18 U.S.C. § 4241(a) is undertaken "prior to sentencing" of a defendant in a criminal case, "or at any time after the commencement of probation or supervised release." Defendant in this case was conditionally released from confinement under 18 U.S.C. § 4243(f), and he is not subject to a criminal prosecution or probation/supervised release proceeding that would trigger 18 U.S.C. § 4241(a).

///

      Therefore, under 18 U.S.C. § 4243(g), this Court must make findings regarding Defendant's alleged failure to comply with his prescribed treatment regimen and dangerousness. In order to make the finding regarding whether continued release would create a substantial risk of injury or property damage, the Court will order Defendant be evaluated and that the examiner address that issue. See United States v. Phelps, 955 F.2d 1258, 1263 (9th Cir. 1992) (holding that a "district court has the authority to order psychiatric examinations" because "[q]uestions of mental illness and dangerousness turn 'on the meaning of the facts which must be interpreted by expert psychiatrists and psychologists.'") (quoting Addington v. Texas, 441 U.S. 418, 429 (1979)).

      Consequently, this Court amends its January 29, 2014 Order to the following:

**IT IS ORDERED** that a psychiatric or psychological evaluation of Defendant be conducted and that a psychiatric or psychological report be filed with the Court pursuant to 18 U.S.C. § 4247 (b) and (c).

**IT IS FURTHER ORDERED** that the United States Marshals Service shall transport Defendant to the institution to which Defendant is designated by the Bureau of Prisons for evaluation.

**IT IS FURTHER ORDERED** that Defendant be held in said facility for a reasonable period of time, not to exceed forty-five (45) days, unless extended after a showing of good cause that the additional time is necessary to observe and evaluate Defendant. 18 U.S.C. § 4247(b).

**IT IS FURTHER ORDERED** that the examination conducted pursuant to this Order be by one or more licensed or certified psychiatrists or clinical psychologists. 18 U.S.C. § 4247(b).

**IT IS FURTHER ORDERED** that the examiner provide all opinions required under 18 U.S.C. § 4247(c), to include 4247(c)(4), that is: "whether the person is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another."

**IT IS FURTHER ORDERED** that, within ninety (90) days from the date of entry of this Order, the examining psychiatrist or psychologist will file a report with the Court, with copies provided to Defendant's counsel, Monique Kirtley, Assistant Federal Public Defender, 411 East Bonneville Avenue, #250, Las Vegas, Nevada 89101, and counsel for the United States, J. Gregory

Damm, Assistant United States Attorney, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101.

**IT IS FURTHER ORDERED** that the pending revocation hearing be continued and scheduled upon receipt of the psychological or psychiatric report pursuant to 18 U.S.C. § 4247.

DATED: March 18, 2014.

_____
UNITED STATES DISTRICT JUDGE