UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-340-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| ANWHAR TELLY YOUNG, | |
| Defendant. | |

Based upon the pending Stipulation and Status Report of counsel, and good cause appearing thereof,

**IT IS FURTHER THEREFORE STIPULATED** that the joint status report currently due on or before June 18, 2014, be vacated and shall be scheduled upon receipt of the psychiatric report. 18 U.S.C. § 4247(d).

DATED 7th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE