UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-00340-PMP-GWF |
| ) | |
| ) | ORDER |
| ANHWAR TELLY YOUNG, ) | |
| Defendant. ) | |

In accord with the Letter (Doc. #82) dated August 15, 2014, from the Warden of the Federal Bureau of Prisons Federal Medical Center, and unless counsel for Plaintiff United States or Defendant Young object,

IT IS ORDERED that counsel for the parties shall arrange for Defendant Young to attend pending revocation hearings via video or telephonic conference.

DATED: September 2, 2014

_____
PHILIP M. PRO
United States District Judge