UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | 2:09-cr-340-PMP-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| ANWHAR TELLY YOUNG, | |
| Defendant. | |

Based upon the pending Stipulation and Status Report of counsel, and good cause appearing thereof,

**IT IS FURTHER THEREFORE STIPULATED** that any motions and court hearings regarding Mr. Young's August 5, 2014, Mental Health Assessment Report ,be vacated and shall be scheduled within thirty days from this order.   A status conference is set for 11/18/14 at 9:00 AM in Courtroom 4B.

DATED  17  day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

3