RENE L. VALLADARES
Federal Public Defender
State Bar No. 000014
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Anhwar Telly Young

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANHWAR TELLY YOUNG,<br><br>Defendant. | 2:09-cr-340-JAD-GWF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for ANWHAR TELLY YOUNG;  that the status conference hearing currently set for August 10, 2015 at 10:00 a.m.,  be vacated and continued for no less than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. That on July 8, 2015, undersigned defense counsel was informed that approval for suitable out of custody placement for Mr. Young is pending.

2. The placement process will require a minimum of thirty (30) days for approval.

3. The parties agree to the continuance sought.

4. This continuance is not sought for the purpose of delay.

DATED July 9, 2015

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| By /s/ Monique Kirtley<br>MONIQUE N. KIRTLEY<br>Assistant Federal Public Defender | By /s/ J. Gregory Damm<br>J. GREGORY DAMM<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-340-JAD-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| ANWHAR TELLY YOUNG, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, good cause appearing, and the best interests of justice and judicial economy served by granting the requested continuance:

**IT IS THEREFORE ORDERED** that the status hearing currently set for August 10, 2015 at 10:00 a.m. be vacated and continued to Tuesday, October 13, 2015, at 11:00 a.m.

DATED  16th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE