RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax

Attorney for Anhwar Telly Young

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-340-JAD-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |
| v. | |
| ANHWAR TELLY YOUNG, | |
| Defendant. | |

IT IS HEARBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Anhwar Telly Young, that the status conference hearing which was scheduled for October 13, 2015 at 10:00 am be vacated and set to a date and time convenient to this court but no sooner than one hundred twenty (120) days from the court's order.

The Stipulation is entered into for the following reasons:

1. On October 13, 2015, the parties requested a continuance to allow for suitable out of custody placement for Defendant Young to be secured.

     2.     Additionally, Defendant Young is scheduled to participate in his annual Mental Health Risk Assessment evaluation in November 2015.  The parties anticipate that Defendant Young's November 2015 Mental Health Risk Assessment Report will be available for this Court and the parties no sooner than 90 day.  A continuance of Defendant's Young's status hearing is necessary to allow for the review of Defendant Young's Mental Health Risk Assessment Report.

     3.     The parties request that pursuant to 18 U.S.C. § 4247 (e)(B) that Defendant Young's Mental Health Risk Assessment Report be filed with this Court and the parties within 90 days of this Court's order.

     4.     The parties further request that Defendant Young status hearing be held no sooner than 120 days from this Court's order.

     5.     The parties further request that Defendant Young attend the pending status hearing via telephonic conference.

DATED: October 16, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Monique Kirtley* | */s/ J. Gregory Damm* |
| By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By_____<br>J. GREGORY DAMM<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-340-JAD-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| ANHWAR TELLY YOUNG, | |
| Defendant. | |

ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the status hearing set for October 13, 2015 at 10:00 a.m. be vacated and continued until Monday, February 22, 2016, at 10:00 a.m.

IT IS FURTHER ORDERED that Defendant Young shall attend the pending status hearing via telephonic conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 4247 (e)(B) Defendant's Young's Risk Assessment Report shall be filed with this Court within 90 days of this Court's order.

DATED this 20th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE